JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MONICA BALLARD, et al.,

PLAINTIFF(S)

v.

CITY OF SAN BERNARDINO, et al.,

DEFENDANT(S).

CASE NUMBER

CV 10-2769-DMG(AJWx)

**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**

This action having been tried before the Court sitting with a jury, the Honorable <u>DOLLY M. GEE</u>, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

take nothing; that the action be dismissed on the merits; and that the defendant(s):

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: <u>October 4, 2011</u>          By <u>/s/ Isabel Martinez</u>
                                            Deputy Clerk

At: <u>Los Angeles, California</u>

cc:    Counsel of record