UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 10-2769-DMG (AJWx)** | Date | August 21, 2012 |
| Title | *Monica Ballard, et al. v. City of San Bernardino, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE WHY THIS ACTION AS AGAINST DEFENDANT CITY OF SAN BERNARDINO IS NOT STAYED**

Currently pending before this Court is plaintiffs' motion to retax costs, filed July 31, 2012 and noticed for hearing on August 31, 2012 [Doc. # 120.], which this Court was inclined to grant. On August 15, 2012, however, defendants filed a notice of filing of petition in bankruptcy by defendant City of San Bernardino advising that "all legal actions and other collection efforts against the City are subject to an automatic stay." [Doc. # 123.]

Accordingly, all parties are Ordered to Show Cause in writing by **August 31, 2012** why the automatic stay pursuant to 11 U.S.C. § 362 does not apply preventing this Court from ruling on plaintiffs' motion to retax costs. It is further ordered that the August 31, 2012 hearing is hereby taken off calendar until further order of Court.

IT IS SO ORDERED.